**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

LEEMANUEL WEILCH,

                Plaintiff,

    v.

SUNSET FLOORS, INC., ET AL,

                Defendants.

No. CV 26-834-DMG (PDx)

**ORDER RE PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL [19]**

On April 6, 2026, Plaintiff Leemanuel Weilch filed a Notice of Voluntary Dismissal under Federal Rule of Civil Procedure 41(a). [Doc. # 19.] Since Defendant Sunset Floors, Inc. filed an Answer on March 4, 2026 [Doc. # 16], Plaintiff may dismiss this action either by filing a joint stipulation of dismissal signed by all parties who have appeared, under Rule 41(a)(1)(A)(ii) or, by requesting a court order, under Rule 41(a)(2).

The Court construes Plaintiff's Notice of Voluntary Dismissal as a request to dismiss the action under Rule 41(a)(2). Accordingly, the Court hereby **DISMISSES** the above-captioned action, in its entirety, **without prejudice**. All dates and deadlines set in this matter are **VACATED**.

**IT IS SO ORDERED.**

DATED: April 8, 2026

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE